```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/21/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.S., individually and on behalf of K.S.,

          Plaintiffs,

-against-

New York City Department of Education,

          Defendants.

1:22-cv-10641 (GHW) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

On Wednesday, January 4, 2023, at 11:30 a.m., the Court shall hold a telephone conference to address a schedule for the disposition of this case. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:  New York, New York
     December 21, 2022

              */s/ Stewart D. Aaron*
              _____
              STEWART D. AARON
              United States Magistrate Judge