UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
D.S., individually and on behalf of K.S., a child with a disability,

                Plaintiff,                22 **CIVIL** 10641 (GHW)

      -against-                      **JUDGMENT**

NEW YORK CITY DEPARTMENT OF EDUCATION,
                Defendants.
-------------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 14, 2024, Plaintiff's motion for summary judgment, Dkt. No. 16, is GRANTED in part. Plaintiff D.S. is entitled to a judgment against Defendant, the New York City Department of Education, which shall be liable for the following award: (1) $11,733.60 in attorneys' fees for the first administrative proceeding; (2) $8,724.80 in attorneys' fees for the second administrative proceeding; (3) $10,865.60 in attorneys' fees for this action; and (4) $593.68 in costs. The judgment is entered for the Plaintiff and against the Defendant in the aggregate amount of $31,917.68. No pre-judgment interest is awarded. Post-judgment interest shall accrue on the unpaid amount of the judgment at the rate established by 28 U.S.C. § 1961(a); accordingly, the case is closed.

**Dated:** New York, New York
        May 14, 2024

                                              **RUBY J. KRAJICK**
                                                   Clerk of Court

                            BY:
                                                   Deputy Clerk